## HIRAM FINCH, Respondent, v. JONATHAN P. CARPENTER, Appellant.

*Practice — no appeal lies from a judgment entered by consent.*

Appeal from a judgment in favor of the plaintiff, entered upon the verdict of a jury.

The action was brought upon a promissory note given on account of the purchase-price of certain cattle sold to the defendant by the plaintiff. The defense was a breach of warranty. A judgment recovered by the plaintiff upon a former trial had been set aside by the General Term and a new trial ordered.

The court at General Term said: "The record shows that when the action was brought on for trial, it was agreed that the evidence should be read from the printed case on a former appeal, and that the plaintiff should take judgment for an amount specified.

"A verdict was accordingly rendered for such amount and judgment thereon entered. It thus appears that the judgment was entered upon consent of the defendant. From a judgment so taken no appeal lies. (*Flake* v. *Van Wagenen*, 54 N. Y., 25; *Innes* v. *Purcell*, 58 id., 388.)"

The appeal should be dismissed, with costs.

*E. T. Lovatt*, for the appellant.

*Wilson Brown, Jr.*, for the respondent.

Opinion by Cullen, J.

Present — Barnard, P. J., and Cullen, J.; Dykman, J., not sitting.

Appeal dismissed, with costs.